DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

28 JANUARY 2016

| 398P15 | State v. Samuel Lee Gaskins | Def's *Pro Se* Motion for PDR (COAP15-798) | Dismissed |
|---|---|---|---|
| 399P15 | State v. Devon Armond Gayles | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Buncombe County<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br><br>2. Dismissed as moot |
| 401P15 | John M. McCormick, Employee v. EXEL/ DPWN Holdings, Inc., Employer, Self-Insured (Sedgwick CMS, Servicing Agent) | Plt's Petition for *Writ of Certiorari* to Review Order of COA (COA15-690) | Denied |
| 402P11-6 | State v. Sylvester Eugene Harding | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA15-148)<br><br>2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31<br><br>3. Def's *Pro Se* Motion to Amend Notice of Appeal and PDR | 1. Dismissed *ex mero motu*<br><br>2. Denied<br><br>3. Allowed |
| 402P15 | State v. Donna Helms Ledbetter | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-414)<br><br>2. State's Motion to Strike Def's Reply to State's Response<br><br>3. Def's Motion to Hold PDR in Abeyance<br><br>4. Def's Motion for Temporary Stay<br><br>5. Def's Petition for *Writ of Supersedeas* | 1.<br><br>2.<br><br>3.<br><br>4. Allowed **12/17/2015**<br><br>5. |
| 403P15 | State v. James Earl Parker | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 404P13-2 | Robert A. Izydore v. City of Durham (Durham Board of Adjustment) | Petitioner's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-1378) | Denied |